**Electronically Filed
Supreme Court
SCWC-28977
01-AUG-2011
11:02 AM**

NO. SCWC-28977

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

BONNIE MACLEOD KAKINAMI, Respondent/Plaintiff-Appellee,

vs.

AARON K.H. KAKINAMI, Petitioner/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28977; FC-D NO. 06-1-0040)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

 Petitioner/Defendant-Appellant Aaron K.H. Kakinami's application for writ of certiorari, filed on June 27, 2011, is hereby accepted.

 DATED: Honolulu, Hawai'i, August 1, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice

Peter Van Name Esser
for petitioner/defendant-
appellant on the application

Robert M. Harris
for respondent/plaintiff-
appellee on the response

———————————————

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.